UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /C  D.C.

05 JUN -1 PM 6:07

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITES STATES OF AMERICA,

    Plaintiff,

v.                                                  Cr. No. 04-20315-D

EUGENE L. CAMERON,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION
## TO CONTINUE SENTENCING HEARING

For good cause shown, the Court hereby **GRANTS** defendant's motion to continue the sentencing hearing currently set for Monday, June 6, 2005 for ten days, or until **Monday, June 20 at 1:30 PM**.

It is so **ORDERED**, this the _1st_ day of _June_, 2005.

_____
HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _6-2-05_

(39)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CR-20315 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT